GILES ET AL. *v.* MARYLAND.

No. 834. Decided April 22, 1963.

*Hal Witt* and *Richard J. Scupi* for appellants.

*Thomas B. Finan,* Attorney General of Maryland, *Robert C. Murphy,* Deputy Attorney General, and *Russell R. Reno, Jr.,* Assistant Attorney General, for appellee.

*James H. Heller* and *Lawrence Speiser* for the National Capital Area Civil Liberties Union, as *amicus curiae,* in support of appellants.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

WEIGNER *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT.

No. 56, Misc. Decided April 22, 1963.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.